

John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Roshon E. Thomas

United States District Court
Eastern District of Washington
Honorable Rosanna M. Peterson

| | |
|---|---|
| United States of America, | No. 2:22-CR-035- RMP-1 |
| Plaintiff, | PSIR Objections |
| v. | |
| Roshon Edward Thomas, | |
| Defendant. | |

On June 30, 2022, the U.S. Probation Office disclosed the draft PSIR.[1]

Roshon Thomas reviewed the draft PSIR and identified a few issues, but resolved those issues informally with Probation. As a result, there are no formal objections.

Dated: July 18, 2022

Federal Defenders of Eastern Washington & Idaho
Attorneys for Roshon Edward Thomas

s/ John B. McEntire, IV
John B. McEntire, IV, WA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org

Service Certificate

I certify that on July 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Daniel Fruchter and Tyler Tornabene.

s/ John B. McEntire, IV
John B. McEntire, IV, WA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org

---

[1] ECF No. 30 (Draft PSIR).

PSIR Objections
– 1 –